## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Maryland

Case Number: JFM-17-1391

Plaintiff:
**Amy Brailer, et al.**

vs.

Defendant:
**Clearcomm BaWa, Inc., et al.**

For:
PETER T. NICHOLL, LAW OFFICES OF
36 S. Charles Street
Suite 1700
Baltimore, MD 21201

Received by Jennifer Walker to be served on **Clearcomm BaWa, Inc., 1910 Town Centre Boulevard, Unit 820, Annapolis, MD 21401**.

I, Jennifer Walker, do hereby affirm that on the **31st day of May, 2017** at **12:40 pm, I:**

**Corporate** served by delivering the **Summons, Civil Cover Sheet, Collective Action Complaint for Wages Owed and Exhibits** to: **Yousef Sihweil** as Resident Agent for **Clearcomm BaWa, Inc.**, at the address of: **1910 Town Centre Boulevard, Unit 820, Annapolis, MD 21401**.

**Description** of Person Served: Age: 46, Sex: M, Race/Skin Color: Middle Eastern, Height: 5'5", Weight: 160, Hair: Bald, Glasses: N

I HEREBY CERTIFY that I am a competent person, eighteen years of age or older, and not a party to the above legal action. I SOLEMNLY AFFIRM under the penalties of perjury that through personal knowledge, the contents of the foregoing are true.

*Jennifer Walker*
**Jennifer Walker**
Independent Process Server

**De Novo Attorney Services, Inc.**
**30 E. Padonia Road**
**Suite 207**
**Timonium, MD 21093**
**(443) 895-4999**

Our Job Serial Number: NOV-2017004807
Ref: JFM-17-1391 (ECS)

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i