## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Amy Brailer, et al.                          \*

**Plaintiff,**                               \*

                                             \*      Case No.   1:17-cv-01391-JFM

**v.**                                       \*

Clearcomm BaWa, Inc. et al                   \*

**Defendant.**                               \*

### DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that ___N/A_____
                                                      (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with ___Clearcomm, Inc._____;
                                                      (name of party)

___Clearcomm BaWa, Inc. is a subsidiary of Clearcomm, Inc._____.
                                                (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

___N/A_____.
                                       (names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)


_____                    _____
(name of member)                             (state of citizenship)


_____                    _____
(name of member)                             (state of citizenship)


_____                    _____
(name of member)                             (state of citizenship)


_____                    _____
(name of member)                             (state of citizenship)


Note: If there are additional LLC members, please provide their names and states of citizenship
on a separate sheet of paper.


7/28/2017                                    /s/ Maria E. Rodriguez                     ⊞
_____                    _____
Date                                         Signature

                                             Maria E. Rodriguez      No. 024463
                                             _____
                                             Printed name and bar number

                                             Venable LLP, 750 E. Pratt St., Ste. 900, Baltimore, MD 21202
                                             _____
                                             Address

                                             merodriguez@venable.com
                                             _____
                                             Email address

                                             (410) 244-7400
                                             _____
                                             Telephone number

                                             (410) 244-7742
                                             _____
                                             Fax number


2