**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **AMY BRAILER,** *et al.* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | Civil Action No. 1: 17-cv-01391-GLR |
| | : | |
| **CLEARCOMM BAWA, INC.,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE
AS COUNSEL FOR INDIVIDUAL AND CORPORATE DEFENDANTS**

Pursuant to Local Rule 101.2 Tarrant H. Lomax, Esq., and Tarrant H. Lomax, Esq., P.C. respectfully move for leave to withdraw their appearances as attorneys on behalf of Clearcomm BaWa, Inc. and Clearcomm, Inc. ("Corporate Defendants"), and Yousef Sihweil and Sawsan Sihweil ("Individual Defendants") (Jointly, "Defendnats"). This motion is supported by the following certificate:

**CERTIFICATE OF COUNSEL**

1. The undersigned attorney certifies as follows:

    A. The name and last known address of the Corporate Defendants is as follows:

    Clearcomm BaWa, Inc.
    119 Roesler Road
    Glen Burnie, MD 21060

    Clearcomm, Inc.
    7480 Bryan Dairy Rd., Suite 550
    Largo, FL 33777

Each in care of Yousef Sihweil and Sawsan Sihweil at:

    7694 Dorchester Blvd., Apt. 1107
    Hanover, MD 21076; and

    7480 Bryan Dairy Rd., Suite 550
    Largo, FL 33777; and

    1910 Town Centre Blvd.
    Annapolis, MD 21401; and

    E-Mail: yousef@clearcomm.com)

B.  The name and last known address of the individual Defendants is as follows:

    Ms. Sawsan Sihweil

        7694 Dorchester Blvd., Apt. 1107
        Hanover, MD 21076; and

        7480 Bryan Dairy Rd., Suite 550
        Largo, FL 33777; and

        1910 Town Centre Blvd.
        Annapolis, MD 21401; and

        E-Mail: yousef@clearcomm.com

    Mr. Yousef Sihweil

        7694 Dorchester Blvd., Apt. 1107
        Hanover, MD 21076; and

        7480 Bryan Dairy Rd., Suite 550
        Largo, FL 33777; and

        1910 Town Centre Blvd.
        Annapolis, MD 21401: and

        E-Mail: yousef@clearcomm.com

2. Written notice of the intention of the undersigned to withdraw from this case, and the reasons therefore, was served upon the Corporate Defendants and Individual Defendants by first class postage prepaid at each of their last known addresses at least seven (7) days prior to the filing of this Motion. The notices to the Corporate Defendants advised these entities that they must have new counsel enter an appearance on their behalf or a default judgment could be entered against them. The notice to the Individual Defendants advised them that they should have new counsel enter an appearance on their behalf or inform the Clerk that they will be proceeding without counsel.

3. As of this date, the Corporate and Individual Defendant have not responded to the requests of the undersigned attorneys that other counsel enter an appearance on their behalf.

WHEREFORE, the undersigned request that this Court enter an Order authorizing withdrawal of their appearance on behalf of the Defendants, Clearcomm BaWa, Inc., Clearcomm, Inc, Yousef Sihweil and Sawsan Sihweil.

May 31, 2019                                      /s/ *Tarrant H. Lomax*
                                                  Tarrant H. Lomax (Bar No. 0926)
                                                  Tarrant H. Lomax, Esq., P.C.
                                                  940 Bay Ridge Avenue
                                                  Annapolis, MD 21403
                                                  Phone: 410.267.6151
                                                  Facsimile: 410.263.6785
                                                  Email: lomaxlaw@comcast.net

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion for Leave to Withdraw Appearances as Counsel with the Clerk of the United States District Court for the District of Maryland by using the CM/ECF system on May 31, 2019. The following registered CM/ECF users will automatically be served with a copy of this document:

>Benjamin L. Davis, Ill, Esq (29774) George E. Swegman, Esq. (19144) The Law Offices of Peter T. Nicholl 36 South Charles Street, Suite 1700
>Baltimore, Maryland 21201
>*Attorneys for Plaintiffs*

In addition, I have caused copies of this motion to be served by electronic mail on May 31, 2019, on:

>Yousef@clearcomm.com;

and by First Class Mail on May 31, 2019, on:

>Ms. Sawsan Sihweil
>Mr. Yousef Sihweil
>
>7694 Dorchester Blvd., Apt. 1107
>Hanover, MD 21076; and
>
>7480 Bryan Dairy Rd., Suite 550
>Largo, FL 33777; and
>
>1910 Town Centre Blvd.
>Annapolis, MD 21401

/s/ *Tarrant H. Lomax*