# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | | |
|---|---|---|
| **AMY BRAILER,** *et al.* | * | |
| **Plaintiffs,** | * | |
| v. | * | Civil Action No.:  1:17-cv-01391-GLR |
| **CLEARCOMM BAWA, INC.,** *et al.* | * | |
| **Defendants.** | * | |

_____

### ORDER

The Motion for Leave to Withdraw Appearance as Counsel for Individual Defendants and Corporate Defendants is GRANTED.

SO ORDERED:  _____
George L. Russell, III
United States District Judge