IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| **AMY BRAILER,** *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **CLEARCOMM BAWA, INC.,** *et. al.* <br><br> Defendants. | Civil Action No: 1:17-cv-01391-GLR |

## ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT BY DEFAULT AND AWARD OF ATTORNEYS' FEES AND COSTS

**UPON CONSIDERATION** of Plaintiffs Amy Brailer, Lauren Brown, Kasey Dolch and all members of the FLSA collective and Rule 23 class' (collectively, "Plaintiffs") Motion for Judgment by Default on the grounds that Defendants Clearcomm, Inc., Clearcomm BaWa, Inc., Yousef Sihweil and Sawsan Sihweil (collectively, "Defendants") failed to answer or otherwise defend or respond to the Complaint and for good cause shown by Plaintiffs, it is this 14th day of February 2020, ordered by this Honorable Court that a Default shall be entered in favor of Plaintiffs and against Defendants.

Pursuant to Rule 55 of the Federal Rule of Civil Procedure, the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, the Maryland Wage and Hour Law ("MWHL") §§ 3-401, *et seq.* and the Maryland Wage payment and Collection Law ("MWPCL") §§ 3-501, *et seq.*, Plaintiffs are also entitled to an award of reasonable attorneys' fees and costs. Accordingly, it is hereby;

**ORDERED** that Defendants will pay Plaintiffs and the class liquidated damages in the amount of $2,597,109.20;

**ORDERED** that Defendants will pay Plaintiffs' attorneys' fees and costs in the amount of $181,727.50; and

**FURTHER ORDERED** that this Court retains jurisdiction over any matter pertaining to this judgment.

5/5/2020
Date

George Levi Russell, III
United States District Judge